# IN THE SUPREME COURT OF THE STATE OF NEVADA

LON ALLEN CLARK,
                              Appellant,
        vs.
THE STATE OF NEVADA,
                              Respondent.

No. 84045

FILED

JAN 1 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Joseph Hardy, Jr., Judge.

This court's review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on November 9, 2021. The district court served notice of entry of that order on appellant on November 10, 2021. Appellant did not file the notices of appeal, however, until December 20, 2021, after the expiration of the 30-day appeal period prescribed by NRS 34.575. *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994) (explaining that an untimely notice of appeal fails to vest jurisdiction in this court). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                       Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-01712

cc: Hon. Joseph Hardy, Jr., District Judge
Lon Allen Clark
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk